UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 18bk34548 |
| SINDESMOS HELLINIKES- | ) | |
| KINOTITOS OF CHICAGO | ) | |
| | ) | Chapter 11 |
| Debtor. | ) | |
| | ) | Honorable Timothy A. Barnes |
| _____). | | |

FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER
AWARDING TO JOHN MCFARLAND OF CHICAGO CAPITAL HOLDINGS, STATE
COURT APPOINTED RECEIVER, FOR ALLOWANCE AND PAYMENT OF
COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR RECEIVER'S FOURTH
REPORT

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $ 2,145.00 | TOTAL COSTS REQUESTED: | $ 29,381.80 |
| TOTAL FEES REDUCED: | $ 214.50 | TOTAL COSTS REDUCED: | $ 0.00 |
| TOTAL FEES ALLOWED: | $ 1,930.50 | TOTAL COSTS ALLOWED: | $ 29,381.80 |

TOTAL FEES AND COSTS ALLOWED: $ 31,312.30

The attached time and expense entries have been underlined to reflect disallowance in whole or in part. The basis for each disallowance is reflected by numerical notations that appear on the left of each underlined entry. The numerical notations correspond to the enumerated paragraphs below.

(1)   Improper Time Increments for Billing – TOTAL of disallowed amounts: $

The court may impose a ten percent penalty for using improper time increments for billing. "Professional persons . . . cannot, in all honesty and reasonableness, charge their clients for increments in excess of one-tenth of an hour." *In re Wildman*, 72 B.R. 700, 726 (Bankr. N.D. Ill. 1987) (Schmetterer, J.). This penalty will be imposed where time increments larger than one-tenth of an hour are being used. For example, applicants who bill time using quarter-hour increments risk the ten percent penalty.

In this case, the court advised counsel at the last hearing of the large time increments on the previous report. Nonetheless, the application filed at Dkt. No.72 bills in 0.5 or 1.0 time increments, including many entries for 1.0 hour for one email. Such entries are not reasonable.

Dated: May 28, 2019

_____
Timothy A. Barnes
United States Bankruptcy Judge

Chicago Capital Holdings Receiver Time and Expense

HOLY TRINITY 15 CH07231

(1) Insufficient Time Entries for All Time Entries

| Date | Time | Activity |
|------|------|----------|
| 4/16/2018 | 2hr | Attend Court for Receiver Appointment |
| 4/19/2018 | 1hr | Procure and file receiver bond |
| 4/25/2018 | 2hr | Review Docs, Phone Call w Def. Email Def. |
| **Total April** | **5hr** | $195 per hour |
| 5/7/2018 | 2 hr | Visit Property and Meet with Defendant |
| 5/9/2018 | 1 hr | Email Mary Alberts / MB |
| 5/1 -31/ 2018 | 1 hr | Misc phone calls w Defendant and bill payment |
| **Total May** | **4 hr** | per hour |
| 6/18/2108 | 1 hr | Visit Property - Inspect |
| 6/1 -30/ 2018 | 2 hr | Misc phone calls will defendant, Mary Alberts, Bill payment |
| **Total June** | **3 hr** | $195 per hour |
| 7/15/2018 | 1 hr | Visit Property - Inspect |
| 7/1-31/2018 | 2 hr | Misc Phone Calls with Defendant and CPS Bill payment |
| **Total July** | **3 hr** | $195 per hour |
| 8/2/2018 | 3 hr | Prepare first receiver report and budget |
| 8/10/2018 | 1 hr | File and send Courtesy copy of first report |
| 8/1 -31/2018 | 1 hr | Misc Phone Calls with Defendant and CPS |
| **Total August** | **5 hr** | $195 per hour |

| Date | Hours | Description |
|------|-------|-------------|
| 9/4/2018 | 3 hr | Attend Court for First receiver Report |
| 9/1 - 9/30 | 1 hr | Misc Phone Calls with Defendant and CPS |
| **Total September** | **4 hr** | $195 per hour |
| 10/13/2018 | 4 hr | Prepare for and attend meeting with CPS and Defendant |
| 10/1/2018 | 2 hr | Misc. emails and phone calls to Defendant and CPS |
| **Total October** | **6 hr** | at $195 per hr |
| 11/2/2018 | 4 hr | Prepare and File Second Receiver Report |
| 11/6/2018 | 2 hr | Attend Court for second receiver report |
| 11/9-30/ 2018 | 2 hr | Various Communication to Byline Bank |
| 11/9/2018 | 1 hr | Email to Holy Trinity |
| 11/1 -30/2018 | 2 hr | Various Communication w/ MB Financial / MB Counsel/Bill Payment |
| **Total November** | **10 hr** | at $195 per hr |
| 12/4/2019 | 1 hr | Visit Property |
| 12/5/2018 | 2 hr | Prepare Email and Send to Holy Trinit re missing funds |
| 12/1-30/2018 | 1 hr | Various Communication w MB Financial Counsel/ Bill Payment |
| **Total December** | **4 hrs** | at $195 per hr |
| 1/9/2019 | 2 hrs | Appear in Bankruptcy Court |
| 1/1-30/2019 | 1 hr | Various Calls w MB Counsel |
| **Total January 2019** | **3 hrs** | at $195 per hr |
| 2/13/2019 | 3 hrs | Prepare and send Third Receiver Report |
| 2/21/2019 | 1 hr | Bill payment and research w/ Com Ed BK Dept deposit for account |
| **Total Feb 2019** | **4 hrs** | at $195 per hr |
| 3/1/2019 | 1 hr | Prepare and Send March billing to CPS |
| 3/5/2019 | 1 hr | Monthly bill payment and accounting |

| 3/12/2019 | 2 hr | Attend Court Status hearing |
|---|---|---|
| 3/27/2019 | 1 hr | Prepare and Send April billing to CPS |
| **Total March 2019** | 5 hrs | at $195 per hr |
| 4/2/2019 | 1 hr | Monthly bill payment and accounting |
| 4/16 -22 /2019 | .5 hr | Emails and phone calls w / David Golin and Peoples gas regarding disconecction / BK Noti |
| 4/25/2019 | .5 hr | Emails and phone calls w / David Golin regarding property insurance / cost share |
| **Total April 2019** | 2 hr | at $195 per hr |